Prob 12 (10/09)
VAE (rev. 5/17)

Case: 1:22-mj-00178
Assigned to: Judge Meriweather, Robin M.
Assign Date: 8/10/2022
Description: ARREST RULE(5)

## UNITED STATES DISTRICT COURT
### for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Harold Stone _____   Docket No. 1:98-CR-207-001 _____

### Petition on Supervised Release

COMES NOW Michelle Suleiman, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Harold Stone, who was placed on supervision by the Honorable Claude M. Hilton, United States District Judge sitting in the Court at Alexandria, Virginia, on the 30th day of October, 1998, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

### See Page 2

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
#### See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a SUMMONS to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** ___06/21/2022 10:00a.m. Courtroom 401___

**ORDER OF COURT**

Considered and ordered this 26th day of May, 20 22 and ordered filed and made a part of the records in the above case.

_Claude M. Hilton_

Claude M. Hilton
Senior United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 6, 2022

Michelle       Date: 2022.05.06
Suleiman       13:27:49 -04'00'

Michelle M. Suleiman       703-299-2281
U.S. Probation Officer

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

Petition on Probation or Supervised Release
Page 2
RE: Stone, Harold

OFFENSE: Unlawful Assault with a Dangerous Weapon with Intent to do Bodily Harm, in violation of Title 18, United States Code, Section 113 (a)(3) and (2).

SENTENCE: On October 30, 1998, the defendant was sentenced to the custody of the Bureau of Prisons for a total term of forty-six (46 months), followed by a two-year term of supervised release with no special conditions. The $100 special assessment, due immediately, was also imposed.

ADJUSTMENT TO SUPERVISION: The defendant was released from custody on July 24, 2020, and his term of supervised release commenced on that date. In September 2020, his supervision was transferred to the District of Maryland, where he continues to reside.

On January 24, 2022, a Notice of Non-compliance was sent to this probation office, advising that the defendant tested positive for marijuana during a home contact on December 15, 2021. No court action was requested. Prior to said non-compliance, the defendant's overall adjustment to supervision was satisfactory.

The defendant resides in Oxon Hill, Maryland. He is reportedly employed by Insta Cart; however, he has failed to provide verification of said employment.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**STANDARD CONDITION:**      **THE DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.**

Per his supervising officer, U.S. Probation Officer Matthew T. Ross, in the District of Maryland, Greenbelt Office, on April 13, 2022, the defendant attempted to adulterate his drug screen and tested positive for marijuana and cocaine. He attempted to pour a bottle of urine in the test sample cup. When questioned about his conduct, the defendant failed to take responsibility. He did admit to smoking marijuana; however, he denied using cocaine. His urine specimen was sent to ALERE laboratory for confirmation.

MMS/